UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ERIC VANDERWERFF, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 3:24-CV-2316-X |
| | § | |
| NEWREZ LLC, et al., | § | |
| | § | |
| *Defendant.* | § | |
| | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case.  (Doc. 16).  No objections were filed.  The District Court reviewed the proposed findings, conclusions, and recommendation for plain error.  Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.  This case is **DISMISSED WITH PREJUDICE**.  The Clerk of the Court is directed close this case.

**IT IS SO ORDERED** this 18th day of December, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1